# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DARLENE LOCKETT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　Plaintiff,<br><br>v.<br><br>DAYBREAK VENTURE, LLC, ET AL.,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§　　Civil Action No. 4:17-cv-211<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice (the "Stipulation") (Dkt. #42). The Stipulation represents that the parties have resolved all claims between them and agree to dismiss this entire action with prejudice, with each party to bear its own costs of court. *See id*. Upon consideration of the Stipulation and the relevant pleadings, the Court finds the Stipulation (Dkt. #42) should be **GRANTED**.

Federal Rule of Civil Procedure 41(a)(1) provides that a plaintiff may voluntarily dismiss an action without court order in one of two ways. A plaintiff may dismiss an action under Rule 41(a)(1)(A)(i) by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1). A plaintiff may alternatively dismiss an action under Rule 41(a)(1)(A)(ii) by filing "a stipulation of dismissal signed by all parties who have appeared." *Id*. As such, formal court action is not necessary in this case. However, the Court finds that in the interest of efficiency, justice, and maintaining the clarity of the record, an entry of an order of dismissal as requested by the parties is appropriate.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this 9th day of April, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE